## J. S. DYER v. J. E. CHASE ET AL.

FINDINGS — STREET ASSESSMENT. — In an action to enforce a street assessment in San Francisco, the Court found that the Board of Supervisors had not acquired jurisdiction to order the work, but also found particular facts sufficient to show such jurisdiction. *Held*, that, under the findings, judgment should have been rendered for the plaintiff.

APPEAL from a judgment for defendant, in the Twenty-third District Court, City and County of San Francisco. THORNTON, J.

The Court found that the Board of Supervisors had not acquired jurisdiction to order the work; but it also found all the facts enumerated in the Act of April 1st, 1872, as giving jurisdiction to said Board. The assessment was claimed to have been levied under said act.

*J. M. Wood*, for Appellant.

No brief on file for the Respondents.

By the COURT:

This is an appeal from a judgment entered in favor of defendant in an action upon a street assessment. There was no appearance or points and authorities filed on behalf of the respondents, or of any of them, on the hearing in this Court. The findings of the Court are quite voluminous, and do not seem to us to support the judgment. On the other hand, we think that the judgment upon the findings should have been for the plaintiff.

Judgment reversed, and cause remanded to the Superior Court of the city and county of San Francisco, with directions to enter a judgment upon the findings in favor of the plaintiff, as prayed for in the complaint.